**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Karl Anthony GONZALES,
Defendant–Appellant.**

No. 03–50579.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 12, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, San Antonio, TX, for Plaintiff-Appellee.

Karl Anthony Gonzales, Bastrop, TX, for Defendant-Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Karl Anthony Gonzales, federal prisoner # 57726–080, appeals the district court's denial of his motion for a *nunc pro tunc* judgment to amend his 1992 judgment of conviction with an order that his federal sentence run concurrently with his state sentence. He sought credit toward his federal sentence for time served on his subsequently imposed state sentence.

Gonzales's motion was an unauthorized one over which the district court did not have jurisdiction. *See United States v. Early*, 27 F.3d 140, 141–42 (5th Cir.1994). The denial of the motion was correct. *Id.*

Gonzales's request for the appointment of counsel is DENIED.

AFFIRMED; MOTION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.